UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICIA SCOTT,<br><br>        Plaintiff,<br><br>-against-<br><br>DOORDASH; UBER EATS; INSTACART.,<br><br>        Defendants. | 24 **CIVIL** 1783 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 30, 2024
     New York, New York

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                     Chief United States District Judge